**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00181-CR

**JOSE ISMAEL ARREOLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00581-N**

## ORDER

The Court **GRANTS** appellant's March 24, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN (15) DAYS** from the date of this order.

/s/     DAVID EVANS
         JUSTICE